AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00487 |
| Jamie N. Buteau | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 06/21/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jamie N. Buteau                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder (JAMIE BUTEAU)
18 U.S.C. 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers or Employees (JAMIE BUTEAU)
18 U.S.C. 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. 1752(a)(4) - Engaging in Physical Violence in Restricted Building or on Restricted Grounds (JAMIE BUTEAU)
40 U.S.C. 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building
40 U.S.C. 5104(e)(2)(F) - Engage in Physical Violence on Capitol Grounds (JAMIE BUTEAU)

2021.06.22
15:16:30 -04'00'

Date:   06/22/2021
*Issuing officer's signature*

City and state:    Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/22/2021, and the person was arrested on *(date)* 06/23/2021
at *(city and state)* Ocala, Florida.

Date:   06/23/2021
*Arresting officer's signature*

Jose L. Meneses / Special Agent
*Printed name and title*